IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-849 (NLH) |
| | : | |
| RICARDO RIVERA, JR. | : | |

## STIPULATION ON REDUCTION OF SENTENCE

The parties in the above-captioned action respectfully stipulate as follows:

1. On November 1, 2023, Amendment 821 to the United States Sentencing Guidelines (the "Amendment") was enacted. Part A of the Amendment addresses "Status Points," decreasing them by one point for individuals with seven or fewer criminal history points and eliminating Status Points for those with six or less criminal history points. This amendment is fully retroactive, effective February 1, 2024, pursuant to the terms of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10.

2. The defendant, Ricardo Rivera, Jr., was sentenced on September 21, 2007, to 108 months imprisonment for possession of a firearm by a convicted felon.

3. The defendant's current projected release date from the BOP is June 12, 2025.

4. The Sentencing Commission has established that courts shall apply the retroactive amendment by "substituting only the amendments listed in subsection (c) for the corresponding guideline provisions that were applied when the defendant was sentenced and shall leave all other guideline application decisions unaffected." U.S.S.G. §1B1.10(b)(1).

9. The Sentencing Commission has further established that a court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) to less than the bottom of the amended guideline range, except to reflect the defendant's substantial assistance to authorities. U.S.S.G. §1B1.10(b)(2)(A) and (B).

10. Thus, defendant's total calculations after receiving the benefit of the retroactive amendment would be as follows:

### Original Sentence

| | |
|---|---|
| Total Offense Level | 23 |
| Criminal History Points | 10 |
| Status Points | +2 |
| Recency Point | +1 |
| Criminal History (13 points) | VI |
| Guideline Range | 92 to 115 months |
| Sentence Imposed | 108 months |

### Application of Amendment 821, Part A

| | |
|---|---|
| Total Offense Level | 23 |
| Criminal History Points | 10 |
| Status Points | +1 |
| Recency Point | +1 |
| Criminal History (12 points) | V |

2

    Guideline Range          84 to 105 months

    Sentence to be Imposed        98 months

  7. It does not appear from the circumstances of the offense or from the defendant's conduct while in custody that a reduction in his term of imprisonment would present a danger to any person or to the community.

  8. Therefore, the parties stipulate to the retroactive application of the sentencing amendment and hereby request that the Court amend defendant's judgment, pursuant to 18 U.S.C. § 3582(c)(2), to 98 months' imprisonment, with the remaining provisions of the September 21, 2007, judgment being re-incorporated therein.

Dated: February 23, 2024

Respectfully submitted,


/s/ Elaine K. Lou
Elaine K. Lou
Deputy Chief, Criminal Division
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2747
Elaine.Lou@usdoj.gov

/s/ Julie A. McGrain
Julie A. McGrain
Assistant Federal Public Defender
800 Cooper Street, Suite 350
Camden, New Jersey 08102
Tel. (856) 282-5490
julie_mcgrain@fd.org

Counsel for Defendant
Ricardo Rivera, Jr.